In the Matter of DANNY ECHEVARRIA, Appellant, v PATRICIA D. MARKS, Monroe County Court Judge, Respondent.

Submitted February 23, 2009; decided May 5, 2009

Motion for leave to appeal granted. Motion for a stay denied as unnecessary upon the ground that respondent has represented that she will not move forward with appellant's case pending disposition of this appeal.